UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX ESPINO, JR.,<br><br>                                    Plaintiff,<br><br>             v.<br><br>CITY OF CHULA VISTA, et al.,<br><br>                                    Defendants. | Civil No.   05cv2321-WQH(POR)<br><br>**ORDER FOLLOWING DISCOVERY CONFERENCE**<br><br>**[Doc. Nos. 84 and 89]** |

On July 11, 2007, the Court held a Discovery Conference. Plaintiff Felix Espino, Jr. appeared in *pro per*, and Bart Miesfeld, Esq. appeared on behalf of Defendants. The parties agreed at their June 22, 2007 telephonic meet and confer that Defense counsel will produce additional documents to Plaintiff. Plaintiff represented that the documents agreed upon have not yet been produced. Accordingly, IT IS HEREBY ORDERED:

1. Defense counsel shall send Plaintiff all documents agreed upon by **July 12, 2007**.
2. If a further dispute exists after these documents are produced, the parties are ordered to meet and confer telephonically. Defense counsel shall make arrangements to contact Plaintiff at the prison.
3. If the discovery dispute is not resolved at the telephonic meet and confer, Defense counsel shall contact the Court and request a Discovery Conference date.

DATED: July 11, 2007

_____
LOUISA S PORTER
United States Magistrate Judge

cc:    The Honorable William Q. Hayes
         all parties

- 1 -