UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX ESPINO, JR.,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>CITY OF CHULA VISTA, et al.,<br><br>　　　　　　　　　　　Defendant. | Civil No.   05cv2321-WQH(POR)<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　In the Court's Order dated June 11, 2007, the Court scheduled a Case Management Conference in the above-captioned case for July 11, 2007.  On July 11, 2007, the Court was advised that a Motion for Leave to File a First Amended Complaint [doc. no. 57] and a Motion for Leave to File a Second Amended Complaint [doc. no. 86] is currently pending before District Judge Hayes. Based on the fact the pleadings are not yet settled, the Court finds it appropriate to continue the Case Management Conference to **August 10, 2007** at **9:30 a.m.**  Counsel for Defendants shall be present in chambers.  The Court authorizes Plaintiff to call into Judge Porter's chambers at **9:30 a.m.** on the day of the conference.  Plaintiff shall call chambers at (619) 557-5383.

　　　**IT IS SO ORDERED.**

DATED: July 11, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　LOUISA S PORTER
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

cc:　　　The Honorable William Q. Hayes
　　　　　all parties

- 1 -