UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX ESPINO, JR.,<br><br>                                    Plaintiff,<br><br>           v.<br><br>CITY OF CHULA VISTA, et al.,<br><br>                                    Defendants. | Civil No.   05cv2321-WQH (POR)<br><br>**ORDER VACATING DISCOVERY CONFERENCE; SCHEDULING RULE 26 DATES** |

On September 4, 2007, the Court held a case management conference.  Bart Miesfeld appeared on behalf of Defendants and Plaintiff Felix Espino appeared *pro se* by telephone.  After discussion with the parties, it appears the discovery dispute has been resolved.  Accordingly, no later than **September 7, 2007**, Defendants shall provide to Plaintiff the following:  1) page 2 of the Taser Use Report; 2) the complaint against Defendant Officer Chavez for excessive force; 3) written declaration stating that no 527 reports as to any Defendants exist.  Accordingly, the discovery conference set for September 6, 2007 shall be **vacated**.

On August 15, 2007, Plaintiff was granted leave to file a second amended complaint to add another party.  Since a new party and new claims will be added, the Court finds it appropriate to issue Rule 26 dates.  Accordingly, IT IS HEREBY ORDERED that:

1. The Rule 26(f) conference shall be completed on or before **October 5, 2007**.
2. A Discovery Plan shall be lodged with the chambers of the Honorable Louisa S Porter via email to efile_porter@casd.uscourts.gov on or before **October 19, 2007**.

3. Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A-D), initial disclosures shall be made on or before **October 29, 2007**.

4. Pursuant to Federal Rule of Civil Procedure 16(b), a Case Management Conference shall be held on **November 14, 2007** at **1:30 p.m.**  Counsel for Defendants shall be present in chambers.  The Court authorizes Plaintiff to call into Judge Porter's chambers at **1:30 p.m.** on the day of the conference.  Plaintiff shall call chambers at (619) 557-5383.

5. Plaintiff's counsel shall serve a copy of this order on any parties that enter this case hereafter.

6. Failure of any counsel or party to comply with this order may result in sanctions.

DATED:  September 4, 2007

_____
LOUISA S PORTER
United States Magistrate Judge