UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX ESPINO, JR., <br><br>                                  Plaintiff, <br><br> v. <br><br> CITY OF CHULA VISTA, et al., <br><br>                                  Defendant. | Civil No.   05cv2321-WQH(POR) <br><br> **ORDER DIRECTING CLERK OF COURT TO PROVIDE DOCUMENTS TO PLAINTIFF** <br> **[Doc. No. 110 ]** |

On August 31, 2007, Plaintiff filed a second amended complaint adding Officer Schneider as a defendant.  Plaintiff has failed to receive a summons and IFP package.  Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall issue a summons as to the newly added Defendant Schneider and provide Plaintiff with an IFP package which includes a certified copy of the second amended complaint, the summons, and a U.S. Marshal Form 285 as to Defendant Schneider.

2. The United States Marshal shall serve a copy of the second amended complaint and summons upon Defendant Schneider as directed by Plaintiff on U.S. Marshal Form 285.  All costs of service shall be advanced by the United States.

3. Plaintiff is to be reminded that he must also serve all remaining Defendants with the second amended complaint and may do so by mail pursuant to Federal Rule of Civil Procedure 5(a).

4. Defendants shall reply to the complaint within the time provided by the applicable

1  provisions of Fed. R. Civ. P. 12(a); 42 U.S.C. § 1997e(g).

2      5. Plaintiff shall serve upon defendants or, if appearance has been entered by counsel, upon defendant's counsel, a copy of every further pleading or other document submitted for consideration of the Court. Plaintiff shall include with the original paper to be filed with the Clerk of the Court a certificate stating the manner in which a true and correct copy of any document was served on the defendants or counsel of defendants and the date of service. Any paper received by a district judge or magistrate judge which has not been filed with the Clerk or which fails to include a Certificate of Service will be disregarded by the Court.

    IT IS SO ORDERED.

DATED: October 11, 2007

_____
LOUISA S PORTER
United States Magistrate Judge

- 2 -