UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX ESPINO, JR.,<br><br>                              Plaintiff,<br><br>    v.<br><br>CITY OF CHULA VISTA, et al.,<br><br>                              Defendant. | Civil No.   05cv2321-WQH(POR)<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE**<br>**[Doc. No. 110]** |

On October 4, 2007, Plaintiff filed a motion regarding the Rule 26(f) conference and service as to Defendant Schneider. In order to address the issues in the motion, the Court HEREBY sets a case management conference on **October 19, 2007 at 1:30 p.m.** The Court authorizes Plaintiff to call Judge Porter's chambers at **1:30 p.m.** on the day of the conference.

IT IS SO ORDERED.

DATED: October 11, 2007

_____
LOUISA S PORTER
United States Magistrate Judge

- 1 -