UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX ESPINO, JR.,<br><br>                          Plaintiff,<br>     v.<br>CITY OF CHULA VISTA, et al.,<br>                          Defendant. | Civil No.   05cv2321-WQH(POR)<br><br>**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**<br>**[Doc. No. 110]** |

On October 17, 2007, defense counsel contacted the Court and requested a continuance of the case management conference set for October 19, 2007 due to a scheduling conflict. Good cause appearing, the Court reschedules the case management conference to **October 25, 2007 at 1:30 p.m.** The Court authorizes Plaintiff to call Judge Porter's chambers at **1:30 p.m.** on the day of the conference.

IT IS SO ORDERED.

DATED: October 18, 2007

_____
LOUISA S PORTER
United States Magistrate Judge

- 1 -