UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX ESPINO, JR.,<br><br>                       Plaintiff,<br><br>     v.<br><br>CITY OF CHULA VISTA, et al.,<br><br>                       Defendant. | Civil No.   05cv2321-WQH(POR)<br><br>**ORDER RESCHEDULING DISCOVERY CONFERENCE AND CASE MANAGEMENT CONFERENCE**<br>**[Doc. Nos. 110, 118, 120]** |

      Due to the wildfires in San Diego County and the closure of the courthouse, the Court was unable to hold the discovery conference and case management conference on October 25, 2007. On October 18, 2007, Plaintiff filed a motion to compel discovery and motion for expenses and sanctions. (Doc. Nos. 118, 120.) Accordingly, Defendants shall file an opposition to the motions on or before **November 5, 2007 at 1:30 p.m.** Plaintiff may provide an oral reply at the discovery conference on November 14, 2007. Accordingly, the Court reschedules the case management conference and discovery conference to **November 14, 2007 at 1:30 p.m.** The Court authorizes Plaintiff to call Judge Porter's chambers at **1:30 p.m.** on the day of the conference.

      IT IS SO ORDERED.

DATED: October 29, 2007

                                                    LOUISA S PORTER<br>                                                    United States Magistrate Judge

- 1 -