1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                              SOUTHERN DISTRICT OF CALIFORNIA

10    FELIX ESPINO, JR.,                          Civil No.    05cv2321-WQH(POR)

11                              Plaintiff,         **ORDER DENYING PLAINTIFF'S *EX
                                                   PARTE* MOTION FOR ASSIGNMENT
12                  v.                             OF EXPERT WITNESS WITHOUT
                                                   PREJUDICE**
13    CITY OF CHULA VISTA, et al.,                 **[Doc. No. 115.]**

                                Defendant.
14

15          On October 9, 2007, Plaintiff filed an *ex parte* motion for assignment of an expert witness.

16    This is in essence a motion for reconsideration since Plaintiff previously filed the same motion on

17    January 12, 2007.  Defendants filed an opposition on October 31, 2007.

18          On January 12, 2007, Plaintiff filed a motion to appoint an expert witness.  On January 17,

19    2007, the Court denied Plaintiff's motion for assignment of an expert witness concluding that the

20    facts in the case are not complex that a trier of fact would require the assistance of an expert witness

21    on tasers to understand the evidence or make a fair determination of a fact in issue.  (Doc. No. 37.)

22          In a motion for reconsideration, Plaintiff must show "what new or different facts and

23    circumstances are claimed to exist which did not exit, or were not shown, upon such prior

24    application."  Civ. Local R. 7.1(i); see also Union Pac. R.R. Co. v. Coast Packing Co., 236 F.

25    Supp.2d 1130, 1137 (C.D. 2002) (holding that a motion for reconsideration may not repeat "any oral

26    or written argument").

27          Plaintiff argues that in his previous motion he failed to attach relevant documents that would

28    have probably gotten his motion granted.  The exhibits are supporting documents that relate to his

- 1 -

1  claim for excessive force during Plaintiff's arrest.  However, his argument that the case is complex

2  is the same.  In his motion, Plaintiff does not present any new or different facts to justify an

3  appointment of an expert witness.  Accordingly, the Court DENIES Plaintiff's *ex parte* motion for

4  assignment of an expert witness without prejudice.

5      IT IS SO ORDERED.

6

7  DATED:  October 31, 2007

8

9      LOUISA S PORTER
       United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28