UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX ESPINO, JR.,<br><br>                              Plaintiff,<br><br>     v.<br><br>CITY OF CHULA VISTA, et al.,<br><br>                              Defendants. | Civil No.   05cv2321-WQH(POR)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO STAY AND ORDER AMENDING RULE 26 DATES**<br><br>**[Doc. No. 110]** |

On November 14, 2007, the Court held a Case Management Conference. Bart Miesfeld and John Madsen appeared on behalf of Defendants and Plaintiff Felix Espino appeared *pro se* by telephone.

Due to the pending service of Defendant Schneider, the Rule 26 dates set forth in this Court's Order Vacating Discovery Conference; Scheduling Rule 26 Dates, dated September 4, 2007, could not be completed. Accordingly, the Rule 26 dates set forth in that order are vacated and Plaintiff's Motion to Stay the Court's Order Vacating Discovery Conference; Scheduling Rule 26 Dates is denied.

Plaintiff represents that he has served Defendant Schneider and has received a service of process receipt. Accordingly, Plaintiff shall file proof of service with the Court immediately.

The Court hereby issues amended Rule 26 dates. Accordingly, IT IS HEREBY ORDERED:

1. The Rule 26(f) conference shall be completed on or before **December 10, 2007**.
2. A Discovery Plan shall be lodged by Defendants with the Honorable Louisa S. Porter

by email to efile_porter@casd.uscourts.gov on or before **December 19, 2007**. This plan should be a joint submission of all parties. If Plaintiff files a separate plan, it shall be filed on or before **December 19, 2007**.

3. Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A-D), initial disclosures shall be made on or before **January 4, 2008**.

4. Pursuant to Federal Rule of Civil Procedure 16(b), a Case Management Conference shall be held on **January 15, 2008** at **1:30 p.m.** in Judge Porter's chambers. Counsel for Defendants shall appear in person. The Court authorizes Plaintiff to call Judge Porter's chambers at **1:30 p.m.** on the day of the conference.

5. Defendants shall serve a copy of this order on any parties that enter this case hereafter.

6. Failure of any counsel or party to comply with this order may result in sanctions.

DATED: November 30, 2007

_____
LOUISA S PORTER
United States Magistrate Judge

cc:   The Honorable William Q. Hayes
      all parties