UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX ESPINO, JR.,<br><br>                          Plaintiff,<br>     v.<br>CITY OF CHULA VISTA, et al.,<br>                          Defendants. | Civil No.   05cv2321-WQH(POR)<br><br>**ORDER FOLLOWING DISCOVERY CONFERENCE AND ORDER DENYING PLAINTIFF'S MOTION FOR EXPENSES AND SANCTIONS**<br><br>**[Doc. Nos. 118 and 120]** |

      On November 14, 2007, the Court held a Discovery Conference. Bart Miesfeld and John Madsen appeared on behalf of Defendants and Plaintiff Felix Espino appeared *pro se* by telephone.

      Plaintiff filed a Motion to Compel Discovery on October 29, 2007, nunc pro tunc October 18, 2007. In his motion, Plaintiff requested: (1) all Defendants produce all lawsuits, reprimands, and complaints for excessive force, (2) Defendants Hughes, Cruz, Padilla, Murgia, Chavez, Krafft and Venn produce complete copies of the Use of Force Report Form PD-527, and (3) all Defendants, with the exception of Defendants Cruz and Padilla, produce complete copies of all Chula Vista Police Department Advanced Taser Reports written by Defendants who tased him.

      On November 5, 2007, Defendants filed their Opposition to Plaintiff's Motion for Expenses and Sanctions and Motion to Compel Discovery.

      After reviewing the parties' papers and hearing arguments from both parties, IT IS HEREBY ORDERED:

      1.     As to Plaintiff's request for all lawsuits, reprimands, and complaints for excessive force, the Court finds that based on Defendants' detailed explanation of the search

- 1 -

1 | conducted for these documents, Defendants' search was diligent.  Accordingly, no
2 | further search of these documents is required.

3. 2. With respect to Plaintiff's request for Use of Force Report Form PD-527, the Court determined that this request and Plaintiff's request for Advanced Taser Reports are the same, and therefore, addresses these requests together.  Accordingly, Defendants shall diligently search for Taser Use Reports (Form 527) and Use of Force Reports (Form 680) pertaining to this incident only, and produce such reports to Plaintiff.  If Defendants do not find any reports, Defendants shall Plaintiff with a verification that none exist.

3. Plaintiff stipulated to produce (1) the additional medical records he has received, and (2) the two declarations he received from witnesses concerning the incident. Accordingly, Plaintiff shall produce these documents on or before **December 3, 2007**.

4. Given that it does not appear that Defendants have refused to comply with Plaintiff's requests, Plaintiff's Motion for Expenses and Sanctions is denied.

DATED: November 30, 2007

_____
LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable William Q. Hayes
    all parties