UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX ESPINO, JR.,<br><br>                              Plaintiff,<br><br>         v.<br><br>CITY OF CHULA VISTA, et al.,<br><br>                              Defendants. | Civil No.   05cv2321-WQH(POR)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE A SEPARATE DISCOVERY PLAN AND DENYING MOTION FOR HEARING DATE**<br><br>**[Doc. Nos. 133 & 134]** |

   On December 26, 2007, Plaintiff filed a motion for extension of time to file a separate discovery plan. Plaintiff contends he requires additional time because (1) Defendants failed to forward him their proposed discovery plan and (2) Plaintiff received the Court's order on December 18, 2007, the day before the discovery plan was due. On that same day, Plaintiff filed a motion seeking a hearing date in relation to his motion for extension of time to file a separate discovery plan.

   The Court's order, dated November 30, 2007, indicates that a joint discovery plan must be lodged with Judge Porter's chambers on or before December 19, 2007. The order further states that if Plaintiff files a separate discovery plan, he shall file it on or before December 19, 2007. The Court has not received a discovery plan from either Plaintiff or Defendants to date. Based on the fact the parties have failed to submit a joint discovery plan and Plaintiff did not receive the Court's order until December 18, 2007, the Court hereby GRANTS Plaintiff's motion for extension of time to file a separate discovery plan.

   Accordingly, Plaintiff shall file a separate discovery plan on or before **January 11, 2008**. If

in the alternative the parties agree to submit a joint discovery plan, Defendants shall lodge the joint discovery plan directly with Judge Porter's chambers via email to efile_porter@casd.uscourts.gov on or before **January 11, 2008**.

Given that the Court has ruled on Plaintiff's motion for extension of time to file a separate discovery plan, the Court hereby DENIES Plaintiff's motion seeking a hearing date as moot.

**IT IS SO ORDERED.**

DATED: January 4, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable William Q. Hayes
    all parties

- 2 -