1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         SOUTHERN DISTRICT OF CALIFORNIA

10   FELIX ESPINO, JR.,                        Civil No.    05cv2321-WQH(POR)

11                              Plaintiff,     **ORDER REGARDING PLAINTIFF'S
                                               REQUEST FOR A MOTION DATE**
12                v.                           **PURSUANT TO LOCAL RULE 7.1(b),
                                               TO BEGIN ALL DISCOVERY ANEW**
13   CITY OF CHULA VISTA, et al.,              **DUE TO DEFENDANTS' DISCOVERY
                                               ABUSES**
14                              Defendants.
                                               **[Doc. No. 140]**
15

16          The Court received "Plaintiff's request for a motion date pursuant to local rule 7.1(b), to

17   begin all discovery anew due to Defendants' discovery abuses" filed on January 11, 2008.  In

18   accordance with its previous order, dated January 14, 2008, the Court addressed Plaintiff's motion at

19   the Case Management Conference held on January 15, 2008.  After discussing the motion with

20   Plaintiff, the Court resolved the issue and addressed it in its Scheduling Order Regulating Discovery

21   and Other Pretrial Proceedings.  Since the Court has decided Plaintiff's motion, the Court hereby

22   DENIES as moot Plaintiff's request for a motion date pursuant to local rule 7.1(b).

23          **IT IS SO ORDERED.**

24   DATED:  January 17, 2008

25                                             _____

26                                             LOUISA S PORTER
                                               United States Magistrate Judge
27

28   cc:        The Honorable William Q. Hayes
                all parties

                                           - 1 -