UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX ESPINO, JR.,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF CHULA VISTA, et al.,<br><br>　　　　　　　　　　Defendants. | Civil No.   05cv2321-WQH(POR)<br><br>**ORDER VACATING DATES, SCHEDULING CASE MANAGEMENT CONFERENCE, AND SETTLEMENT CONFERENCE** |

On May 12, 2008, the Court held a Mandatory Settlement Conference. Plaintiff Felix Espino failed to appear but the Court was able to locate him at his home. Bart Miesfeld, Esq., appeared on behalf of Defendants. No significant settlement negotiations occurred due to the absence of the Plaintiff and his stated desire to obtain legal representation. Plaintiff is no longer incarcerated. Based thereon, IT IS HEREBY ORDERED:

1. The Court hereby VACATES the dates not yet complied with in the Court's Scheduling Order Regulating Discovery and Other Pretrial Proceedings, dated January 17, 2008.

2. The Court will issue new dates at the Case Management Conference which shall be held on **June 9, 2008** at **1:30 p.m.** The conference shall be <u>telephonic</u>, with Plaintiff or his counsel, and counsel for Defendants. Counsel for Defendants shall initiate and coordinate the call.

3. A Settlement Conference shall be held on **July 17, 2008** at **10:00 a.m.**, in the chambers of the Honorable Judge Louisa S. Porter. The parties shall lodge

confidential settlement statements, <u>directly</u> with Judge Porter's chambers by mail or via email to efile_porter@casd.uscourts.gov on or before **July 11, 2008**. The settlement statements should include a neutral factual statement of the case, identify controlling legal issues, and concisely set out issues of liability and damages, including any settlement demands and offers to date and addressing special and general damages where applicable. The settlement statements **shall not** be filed. Settlement conferences shall not be rescheduled without a showing of good cause and adequate notice to the Court. If the parties wish to reschedule this conference, they shall contact the Court at least ten (10) days prior to the conference. Absent exceptional circumstances, the Court will not reschedule this conference with less than ten (10) days' notice. <u>Only in extreme circumstances will the Court reschedule a mandatory settlement conference with less than 24 hours' notice.</u>

DATED: May 19, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc:  The Honorable William Q. Hayes
     all parties