UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| FELIX ESPINO, JR., | Civil No.   05cv2321-WQH(POR) |
|---|---|
| Plaintiff, | **ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR INDEPENDENT MEDICAL EXAMINATION OF PLAINTIFF** |
| v. | |
| CITY OF CHULA VISTA, et al., | |
| Defendants. | **[Doc. No. 158]** |

On August 11, 2008, Defendants filed an ex parte application requesting the Court grant an order allowing an independent medical examination of Plaintiff to take place within thirty (30) days of the signing of the order.  Defendants represent Plaintiff is currently incarcerated at the Vista Detention Facility and may soon be transferred to another facility, possibly out of state.  Defendants further represent that the parties have stipulated to an independent medical examination of Plaintiff before he is transferred.

Accordingly, the Court requests that Sheriff William B. Kolender and the Vista Detention Facility provide the full cooperation necessary to conduct the independent medical examination of Plaintiff on or before August 20, 2008.  Dr. William P. Curran, Jr., M.D., Board Certified Orthopedic Surgeon, will be performing the evaluation.

The Court directs counsel for Defendants to confirm with the Vista Detention Facility that the date and time he has scheduled for the examination is acceptable with the Facility.

- 1 -

1 | The Court appreciates the assistance of the Vista Detention Facility.

2 | **IT IS SO ORDERED.**

4 | DATED: August 14, 2008

*Louisa Porter*

LOUISA S PORTER
United States Magistrate Judge

cc:      The Honorable William Q. Hayes
          all parties

          Sanford Toyen
          Special Assistant / Legal Advisor
          Vista Detention Facility
          325 South Melrose Drive
          Vista, CA 92081-6627