UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX ESPINO, JR.,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>CITY OF CHULA VISTA, et al.,<br><br>　　　　　　　　　　Defendants. | Civil No.   05cv2321-WQH(POR)<br><br>**ORDER VACATING DISCOVERY CONFERENCE** |

On October 17, 2008, Defendant City of Chula Vista notified the Court that all remaining discovery issues were resolved between Plaintiff and the City of Chula Vista pursuant to the telephonic meet and confer held on October 14, 2008. On October 8, 2008, the Court ordered the parties to meet and confer to resolve a potential discovery dispute. (Doc. No. 180). The Court scheduled a Discovery Conference for November 3, 2008 in case the discovery dispute remained unresolved after the parties met and conferred. In light of counsel's representation, IT IS HEREBY ORDERED: The Discovery Conference scheduled for November 3, 2008 at 10:00 a.m. is hereby VACATED.

**IT IS SO ORDERED**.

DATED: October 31, 2008

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　LOUISA S PORTER
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

cc:　　　　The Honorable Wiliam Q. Hayes
　　　　　　all parties

- 1 -