UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| FELIX ESPINO, JR., | Civil No.  05cv2321-WQH(POR) |
|---|---|
| Plaintiff, | **ORDER DENYING PLAINTIFF'S EX PARTE MOTION FOR APPOINTMENT OF COUNSEL** |
| v. | |
| CITY OF CHULA VISTA, et al., | |
| Defendants. | **[Document No. 179]** |

On September 25, 2008, Plaintiff, proceeding pro se and in forma pauperis ("IFP") with a civil rights Complaint (Doc. No. 1) filed pursuant to 42 U.S.C. § 1983, and currently incarcerated, submitted an ex parte motion for assignment of counsel. (Doc. No. 179). Plaintiff contends he is (1) unable to hire counsel, (2) the issues in the instant matter "are complex and it is difficult for Plaintiff to understand how to further proceed," (3) "the issues involved in this matter necessitate serious and complex discovery proceedings," and (4) Plaintiff lacks legal experience and knowledge of the law.

On September 25, 2008, the Court denied without prejudice Plaintiff's request for appointment of counsel because he failed to plead facts sufficient to show "exceptional circumstances." (Doc. No. 177). In light of Plaintiff's failure to show the "exceptional circumstances" required for appointment of counsel pursuant to 28 U.S.C. § 1915(e)(1) in the current motion, the Court directs Plaintiff to the Court's September 25, 2008 order denying without prejudice Plaintiff's request for appointment of counsel.

//

//

- 1 -

Based on the same reasoning, Plaintiff's request for appointment of counsel is DENIED without prejudice.

**IT IS SO ORDERED.**

DATED: November 6, 2008

LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable William Q. Hayes
all parties

- 2 -